**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JESSICA THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02137-EFM-JPO |
| | ) | |
| v. | ) | Judge Melgren |
| | ) | Magistrate Judge O'Hara |
| SRA ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

Plaintiff, JESSICA THOMPSON, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the scheduling conference date of October 15, 2012 be stricken.

4. The parties shall file a stipulation of dismissal with prejudice forthwith.

                                        Respectfully submitted,
                                        **JESSICA THOMPSON**

                              By:    s/ David M. Marco
                                        Attorney for Plaintiff

Dated: October 12, 2012

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:      dmarco@smithmarco.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JESSICA THOMPSON,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02137-EFM-JPO |
| | ) | |
| v. | ) | **Judge Melgren** |
| | ) | **Magistrate Judge O'Hara** |
| **SRA ASSOCIATES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

**To:** John E Bordeau
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park Kansas 66210

I, David M. Marco, an attorney, certify that on **October 12, 2012**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|        |                     |        |            |
|--------|---------------------|--------|------------|
| ____   | U.S. Mail           | ____   | Facsimile  |
| ____   | Messenger Delivery  | ____   | Email      |
| ____   | Federal Express/UPS | _X_    | ECF        |

By: _s/ David M. Marco_
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:  dmarco@smithmarco.com